THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Thomas Edward Ferguson,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-289
Submitted February 20, 2003  Filed April 29, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of 
 Columbia; for Appellant.
Deputy Director for Legal Services Teresa A. Knox, 
 Legal Counsel Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia; 
 for Respondent.
 
 
 

PER CURIAM:  Thomas Ferguson appeals the 
 revocation of his probation.  Fergusons appellate counsel has petitioned to 
 be relieved as counsel, stating he has reviewed the record and has concluded 
 Fergusons appeal is without merit.  Ferguson has not filed any materials on 
 his own behalf.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Fergusons appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, JJ., 
 concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.